UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRY BORIGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>　　　　　Defendant. | Case No.  24-cv-03500-PCP<br><br>**ORDER TO SHOW CAUSE** |

After his initial complaint was dismissed, plaintiff Dimitry Boriga was ordered to file any amended complaint by no later than September 18, 2024. Dkt. No. 13. Boriga did not file an amended complaint by that date.

Pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or comply with a court order. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. *See id.* A district court should afford the litigant prior notice of its intention to dismiss. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987). Boriga is therefore ordered to show cause why this action should not be dismissed for failure to prosecute. Boriga's response or amended complaint must be filed within 21 days of this Order.

**IT IS SO ORDERED.**

Dated: September 25, 2024

　　　　　　　　　　　　　　　　　　　　　　　P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge