UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRY BORIGA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>        Defendant. | Case No. 24-cv-03500-PCP<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

After his initial complaint was dismissed, plaintiff Dimitry Boriga was ordered to file any amended complaint by no later than September 18, 2024. Dkt. No. 13. Boriga did not file an amended complaint by that date. On September 25, 2024, this Court ordered Boriga, by October 16, 2024, to file his amended complaint or show cause why this action should not be dismissed for failure to prosecute. Dkt. No. 14.

Boriga timely responded to the order to show cause with two filings. Dkt. Nos. 15, 16. The first filing stated only that "[t]his case cannot be dismis [sic]." Dkt. No. 15. The second filing asserted the following:

> I believe many Day Traders in California use Comcast Cable Data Feed and Lost in Trading, I think in Comcast Arvertazment, We are a Camcast business faster than Verizon and T Mobil, What lied they are slower than Eveybodis. Data Feed it's Deley Peoples Camplaine has a problem with TV. Comcast Cable knows have a Problem but can not. Fix it, They used a Coaxial Cable From 1963 when it opened for the first time Comcast never Upgrade. Coaxial Cable it's an Electrical Cable Centre Copper core made of one thick wire, The best Cable for Transmission lines is made Center core with multi thin wires. Today use Fiber Optic Cable.
> It's time for Comcast to Step Aside Let the Progress to grow.

Neither filing explains why Boriga has not filed an amended complaint in accordance with this Court's order. Accordingly, the Court dismisses this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2024

_____
P. Casey Pitts
United States District Judge